# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JENNIFER ROSE O'NEAL,**<br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**CAROLYN W. COLVIN**, **Acting Commissioner of Social Security,**<br>　　　　**Defendant.**<br>_____ | NO. CV 15-2087-KS<br><br>**ORDER RE: STIPULATION FOR ATTORNEY FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412** |

　　Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, IT IS ORDERED that fees and expenses in the amount of $5,250.00 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATE: April 14, 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　KAREN L. STEVENSON
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE